USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 15, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN OLIVER,

                Plaintiff,

    -against-                            08 Civ. 4608 (DAB)
                                                     ORDER

DR. HADDOCK NICHOLAS, et al,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Defendant's letter of July 13, 2009, in which Counsel for the Defendant writes that she had not yet received a copy of Plaintiff's papers opposing the motion to dismiss.

    Plaintiff is HEREBY DIRECTED immediately to mail a copy of his papers to Defendant's Counsel, Ana Maria Vizzo, 99 Park Avenue, New York, NY 10016.

    Defendant is GRANTED an extension of time, until August 17, 2009 to file its Reply, if any.

    Plaintiff is further reminded that all correspondence relating to this case should be directed to the Pro Se Office, U.S. Courthouse, 500 Pearl Street, New York, New York 10007-1312. No correspondence shall be sent directly to the Court. While this action is pending, it is the responsibility of the pro se

Plaintiff immediately to inform the Court, through the Pro Se Office, of any changes of address.

    SO ORDERED.

Dated:    New York, New York
           July 15, 2009

                                            Deborah A. Batts
                                    United States District Judge