DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN OLIVER,

                    Plaintiff,

     -against-                              08 Civ. 4608 (DAB)
                                                  ORDER
DR. HADDOCK NICHOLAS, et al,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of a letter from Defendant Haddock Nicholas dated August 11, 2009, in which Counsel for the Defendant writes that she has not yet received a copy of the Exhibits referenced in Plaintiff's motion papers. Defendant requests that the Court direct Plaintiff to serve Defendant with the Exhibits, and requests a further extension of time to serve its Reply, until August 31, 2009. The Court is also in receipt of a letter from Plaintiff dated July 23, 2009, in which Plaintiff reports that he has mailed the motion papers with Exhibits to the Defendant.

Defendant's request for an extension of time until August 31, 2009 to file its Reply is GRANTED. Defendant is to notify the Court on Friday, August 21, 2009 if it has yet to receive Plaintiff's Exhibits.

SO ORDERED.

Dated:    New York, New York
          August 14, 2009

*[signature: Deborah A. Batts]*

Deborah A. Batts
United States District Judge